UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                      v.                          Case No.  06-cr-184-01-SM

<u>Jerrell Cryer</u>

O R D E R

Defendant Cryer's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the March 2007 trial period.   Defendant Cryer shall file a waiver of speedy trial rights not later than December 25, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 27, 2006 at 3:00 p.m.

**Jury Selection**:  March 6, 2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

December   15,  2006

cc:   Sandra Bloomenthal, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal